LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ESTHER WARD, ) | |
| Plaintiff ) | CIVIL NO. 18-00010 SOM-KSC |
| ) | |
| v. ) | STIPULATION FOR DISMISSAL WITH |
| ) | PREJUDICE OF ALL CLAIMS AND |
| HARBOR COFFEE, LLC ) | PARTIES |
| ) | |
| Defendant ) | |

STIPULATION FOR DISMISSAL

Plaintiff, through her undersigned counsel, and Defendant, through its undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate to dismissal with prejudice all claims and parties herein.

DATED: Honolulu, Hawaii, .

_____          _____
LUNSFORD DOLE PHILLIPS             BRENDA E. MORRIS
Plaintiff's Attorney                Defendant's Attorney

APPROVED AND SO ORDERED

_____
Hon. Susan O. Mollway
United States District Judge